**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **MARK CHARLES HENDERSON,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 1:22-cv-11830-PGL** |
| **ODIN EPC, LLC,** | ) | |
| **Defendant.** | ) | |

**ORDER APPROVING SETTLEMENT**

**LEVENSON, M.J.**

The Court has reviewed the parties' Joint Motion for Approval of Settlement and the accompanying Settlement Agreement. Docket No. 18. Both parties are represented by counsel and it appears that the matters resolved by compromise relate to genuinely disputed claims and defenses. The Court finds that the Settlement Agreement is fair and reasonable and hereby approves the Settlement Agreement.

IT IS ORDERED that the Joint Motion for Approval of Settlement is ALLOWED and this matter is DISMISSED WITH PREJUDICE.

February 15, 2023

/s/ Paul G. Levenson
PAUL G. LEVENSON
U.S. MAGISTRATE JUDGE